UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS DE LA CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 5:25-cv-00110-KK-SP<br><br>Hon. Kenly Kiya Kato<br><br>[~~PROPOSED~~] JUDGMENT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff JOSE LUIS DE LA CRUZ ("Plaintiff") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 October 9, 2025.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $5,000.00 pursuant to the terms of the Rule 68 Offer. [JS-6]

　　**IT IS SO ORDERED.**

Date: 10/10/2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Kenly Kiya Kato
　　　　　　　　　　　　　　　　　　　　District Judge