UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS DE LA CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 5:25-cv-00110-KK-SP<br><br>Hon. Kenly Kiya Kato<br><br>~~[PROPOSED]~~ **JUDGMENT**<br><br>**[NOTE CHANGES BY COURT]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JOSE LUIS DE LA CRUZ ("Plaintiff") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 October 9, 2025.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $5,000.00 in damages and $1,500.00 in attorneys' fees, costs, and expenses pursuant to the terms of the Rule 68 Offer.  **Further, the Court's October 10, 2025 Judgment, dkt. 68, is hereby VACATED.**

**IT IS SO ORDERED.**

Date: 10/16/2025

_____
Hon. Kenly Kiya Kato
District Judge