# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS DE LA CRUZ,<br><br>             Plaintiff,<br><br>      v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 5:25-cv-00110-KK-SP<br><br>Hon. Kenly Kiya Kato<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL

Upon the Request of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: February 12, 2026

_____

Hon. Kenly Kiya Kato

UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**